## FRED J. KUSKE v. FRANZ JEVNE AND ANOTHER.[1]

February 17, 1928.

No. 26,592.

**Trial court's decision on motion to vacate attachment, reasonably supported by evidence, will not be reversed.**
Where there is evidence, by affidavits or otherwise, reasonably tending to support the determination of the trial court on a motion to dissolve an attachment, its decision will not be reversed.

Appeal and Error, 4 C. J. p. 846 n. 3.

Plaintiff appealed from an order of the district court for Koochiching county, Wright, J. vacating a writ of attachment and the levy made thereunder. Affirmed.

*Manahan, Hoogesteger & Manahan,* for appellant.
*W. V. Kane* and *L. P. Blomholm,* for respondents.

[1]Reported in 218 N. W. 99.

Per Curiam.

Plaintiff appeals from an order vacating a writ of attachment and the levy thereunder.

On the showing made before the trial court there was dispute as to some of the facts, and the facts that were undisputed were such that different inferences and conclusions could reasonably be drawn therefrom. In that situation the rule announced in First State Bank v. Schatz, 104 Minn. 425, 116 N. W. 917, applies.

Affirmed.